**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DZHAMSHED ISMAILOV,

Petitioner,

v. No. 2:26-cv-01900-DHU-SCY

MELISSA ORTIZ, Acting Warden, Torrance County Detention Center; MARY DE ANDA-YBARRA, Field Office Director, ERO El Paso; TODD M. LYONS, Senior Official Performing Duties of the Director, ICE; and MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security,

Respondents.

# FINAL JUDGMENT

THIS MATTER is before the Court on the Order Granting In Part Petitioner Dzhamshed Ismailov's Petition for Writ of Habeas Corpus ("Petition"). Doc. 10. On July 14, 2026, the Court granted the Petition in part, ordering Respondents to provide Petitioner with an individualized bond hearing before a neutral Immigration Judge ("IJ") within (7) days of the Court's Order, which was on or before July 22, 2026. *Id.* at 2. The Court also directed the parties to submit a Joint Status Report no later than July 23, 2026, confirming whether a bond hearing was held and the result of said hearing. *Id.* As Petitioner requested to recover costs of suit in his Petition, the Court also directed Petitioner to file an application for costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, within thirty (30) days, which was on or before August 14, 2026. *Id.* at 3.

On July 23, 2026, the parties filed a Joint Status Report ("Report"). Doc. 11. The Report confirmed that Respondents provided Petitioner with a bond hearing on July 17, 2026. *Id.* at 1. The Report also stated that, at the bond hearing, the IJ ordered "No Action"; Petitioner was released on July 14, 2026, upon receipt of this Court's Order. *Id.* The parties provided Petitioner's release

documents. *Id.* at 3-11.

Petitioner did not file an application for costs, and the deadline has passed.

Pursuant to Fed. R. Civ. P. 58(a), the Court will now issue its final judgment disposing of the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Dzhamshed Ismailov's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED IN PART**, and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE